**Order entered January 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00283-CR

### SHARON DENISE JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F11-63186-L**

## ORDER

The Court **GRANTS** the State's January 5, 2015 motion for extension of time to file the State's brief.

We **ORDER** the State to file its brief within **THIRTY (30) DAYS** from the date of this order.

/s/  ADA BROWN
    JUSTICE